UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ESTATE OF STEVEN AYALA, et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF MERCED, et al.,<br><br>　　　　　Defendants. | Case No.<br><br>**DECLARATION OF EMILY AYALA-ZIMMER RE: CAL. CODE CIV. PROC. § 377.32** |

I, Emily Ayala-Zimmer, do declare and say:

1. I submit the following declaration concerning my status as the successor-in-interest to Steven Ayala, pursuant to section 377.32 of the California Code of Civil Procedure.

2. Steven Ayala was born on ▮▮▮▮ 1981, in the County of Humboldt, CA.

3. No proceeding is now pending in California for administration of the estate of Steven Ayala.

4. I am the successor-in-interest to Steven Ayala (as defined in section 377.11 of the California Code of Civil Procedure) and succeed to his interest in this action or proceeding. I am the biological child of Steven Ayala.

5. No other person has a superior right to commence this action or proceeding, or to be substituted for Steven Ayala in this pending action or proceeding.

6. A true and correct copy of the death certificate of Steven Ayala is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 13, 2025, at Eureka, California.

_____
Emily Ayala-Zimmer

DECLARATION OF EMILY AYALA-ZIMMER RE: CAL. CODE CIV. PROC. § 377.32

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY of MERCED
## HEALTH DEPARTMENT
### MERCED, CALIFORNIA

**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 3052025119481
LOCAL REGISTRATION NUMBER: 3202524000607

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT—FIRST | STEVEN |
| 2. MIDDLE | PETER PAUL DOMINIC |
| 3. LAST (Family) | AYALA |
| 4. DATE OF BIRTH | 1981 |
| 5. AGE Yrs | 43 |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | NEVER MARRIED |
| 7. DATE OF DEATH | 05/11/2025 |
| 8. HOUR | 2030 |
| 13. EDUCATION | 10 |
| 14/15. HISPANIC? | YES / NO (X NO) |
| 16. RACE | WHITE |
| 17. USUAL OCCUPATION | HOMEMAKER |
| 18. KIND OF BUSINESS/INDUSTRY | OWN HOME |
| 19. YEARS IN OCCUPATION | 25 |
| 21. CITY | EUREKA |
| 22. COUNTY | HUMBOLDT |
| 23. ZIP CODE | 95501 |
| 24. YEARS IN COUNTY | 3 |
| 25. STATE | CA |
| 26. INFORMANT'S NAME / RELATIONSHIP | EMILY AYALA-ZIMMER, DAUGHTER |
| 31. NAME OF PARENT—FIRST | STEVEN |
| 33. LAST (BIRTH NAME) | AYALA |
| 34. BIRTH STATE | UNK |
| 35. NAME OF PARENT—FIRST | MARYLOU |
| 37. LAST (BIRTH NAME) | LASINKI |
| 38. BIRTH STATE | CA |
| 39. DISPOSITION DATE | 06/04/2025 |
| 40. PLACE OF FINAL DISPOSITION | RESIDENCE OF EMILY AYALA-ZIMMER |
| 41. TYPE OF DISPOSITION(S) | CREMATE/RESIDENCE |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 44. NAME OF FUNERAL ESTABLISHMENT | WHITTON FAMILY FUNERAL SERVICE |
| 45. LICENSE NUMBER | FD1633 |
| 46. SIGNATURE OF LOCAL REGISTRAR | RUHEL BOPARAI, M.D. |
| 47. DATE | 06/03/2025 |
| 101. PLACE OF DEATH | JAIL (Other X) |
| 104. COUNTY | MERCED |
| 105. FACILITY ADDRESS | 2584 WEST SANDY MUSH ROAD |
| 106. CITY | MERCED |
| 107. CAUSE OF DEATH – IMMEDIATE CAUSE (A) | HANGING |
| Time interval | MINS |
| 108. DEATH REPORTED TO CORONER | YES X |
| Case # | 25-19471 |
| 109. BIOPSY PERFORMED | NO X |
| 110. AUTOPSY PERFORMED | YES X |
| 111. USED IN DETERMINING CAUSE | YES X |
| 113. WAS OPERATION PERFORMED | NO |
| 113A. DECEDENT PREGNANT | NO X |
| 119. MANNER OF DEATH | Suicide X |
| 120. INJURED AT WORK | NO X |
| 121. INJURY DATE | 05/11/2025 |
| 122. HOUR | 2030 |
| 123. PLACE OF INJURY | UNSPECIFIED PLACE JAIL |
| 124. DESCRIBE HOW INJURY OCCURRED | DECEDENT HANGED HIMSELF WITH A SHEET AROUND HIS NECK FROM THE TOP OF JAIL BUNKBED |
| 125. LOCATION OF INJURY | JAIL 2584 WEST SANDY MUSH ROAD, MERCED, CA 95340 |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | ELIANA SILVA |
| 127. DATE | 06/03/2025 |
| 128. TYPE NAME TITLE OF CORONER / DEPUTY CORONER | ELIANA SILVA, DEP CORONER |



*999287455*

**CERTIFIED COPY OF VITAL RECORDS**

STATE OF CALIFORNIA
COUNTY OF MERCED } ss  DATE ISSUED **06/11/2025**

This is a true and exact reproduction of the document officially registered and placed on file in the office of the MERCED COUNTY HEALTH DEPARTMENT.

Dr. Ruhel Boparai, M.D.
Merced County Health Officer

Dr. Salvador Sandoval MD, MPH
HEALTH OFFICER, MERCED COUNTY

This copy not valid unless prepared on engraved border displaying seal and signature of County Health Officer.
PANCO (Rev) 12/20

