UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESTATE OF STEVEN AYALA and
EMILY AYALA-ZIMMER )
    Plaintiffs, )

v. )

COUNTY OF MERCED, et al., )

    Defendants. )

Case No. 1:25-cv-01209-KES-FJS

ORDER CONTINUING SCHEDULING
CONFERENCE

On September 15, 2025, Plaintiffs Estate of Steben Ayala and Emily Ayala-Zimmer filed a complaint against Defendants: California Forensic Medical Group, Christian Collazo, Terea Vince, Joshuah Jackson, Wellpath LLC., and Wellpath Management, Inc. (ECF No. 1.) On December 1, 2025, Defendants Joshuah Jackson and Teresa Vince filed a motion to dismiss. (ECF No. 14.)  Due to the pending motion before U.S. District Court Judge Sheriff, the SCHEDULING CONFERENCE currently set for May 14, 2026, is continued to September 14, 2026, at 11:00 AM in COURTROOM 8 (FJS) before Magistrate Judge Frank. J Singer. The parties shall file a joint scheduling report seven (7) days prior to the conference. The parties shall appear remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and not to be shared.

IT IS SO ORDERED.

Dated:  **May 6, 2026**

_____
UNITED STATES MAGISTRATE JUDGE