UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESTATE OF STEVEN AYALA, et al.,

Plaintiffs,

v.

COUNTY OF MERCED, et al.,

Defendants.

Case No. 1:25-cv-01209-KES-FJS

ORDER CONTINUING SCHEDULING CONFERENCE

On December 1, 2025, Defendants Joshuah Jackson and Teresa Vince filed a motion to dismiss. (ECF No. 14.) Due to the current status of this case, the scheduling conference currently set for September 14, 2026, is continued to December 9, 2026, at 10:00 AM in Courtroom 8 (FJS) before U.S. Magistrate Judge Frank J. Singer. The parties shall file a joint scheduling report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **September 10, 2026**

UNITED STATES MAGISTRATE JUDGE